**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KATELYN MARTIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, and RICHARD STEINHART,<br><br>Defendants. | Case No.: 3:23-cv-00915-SVN |

**DECLARATION OF TONYA HILLS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Tonya Hills, hereby declare as follows:

1.      I respectfully submit this declaration in support of my pending motion for appointment as lead plaintiff and approval of selection of counsel. I have personal knowledge about the facts and could competently testify to them if called to do so.

2.      I reside in Tampa, Florida. I possess bachelor's and master's degrees in psychology from Auburn University, as well as a Juris Doctor from Stetson Law School. I consider myself to be an experienced investor. In addition to stocks, I have personal real estate portfolio and also serves as President of Spencer Farms, Inc., which is a land development company. I also have experience overseeing attorneys primarily through my real estate investment activity.

3.      I retained the law firm of Levi & Korsinsky, LLP to represent me in this action after speaking with one of the firm's partners and researching the firm's practice areas and past representations. I lost a significant amount of money in connection with my investment in BioXcel Therapeutics, Inc., and, as a result, want to play an active role in the litigation.

4.      I am aware of the lead plaintiff's obligations and responsibilities, including to

oversee and supervise the litigation and my attorneys for the benefit of myself and the class. I am willing to fulfill those responsibilities. If appointed as the lead plaintiff, I will do my best to obtain the largest recovery possible and protect the interests of all class members.

5.      I understand that in addition to myself, there are three other BioXcel Therapeutics shareholders seeking to be appointed lead plaintiff at this point. Additional motions were filed by other shareholders but were then subsequently withdrawn. Of the remaining shareholders seeking to be appointed lead plaintiff, I have the largest financial interest in the relief sought by the class and can provide excellent representation for my fellow class members considering my educational and professional background. I am also familiar with the company's statements about its lead drug candidate based on the due diligence I performed before making a decision to invest, which I believe will be helpful to my attorneys when developing a litigation strategy and conducting discovery.

6.      To date, I have already taken steps to aid the class in this litigation. These steps include the negotiation of a competitive retainer agreement with my counsel that maximizes the recovery for the class by limiting attorneys' fees to certain percentages based on the progress of the litigation. If, for example, the case is resolved at an early stage in the litigation, attorneys' fees will be capped at a lower percentage commensurate with the amount of work performed by my attorneys. The percentages are as follows: (i) 15% if the case resolves prior to Defendants answering the complaint (*e.g.*, while a motion to dismiss is pending); (ii) 25% if the case resolves prior to the deadline for fact and expert discovery; and (iii) 30% if the case resolves after discovery is completed, either during summary judgment, trial, or post-trial proceedings.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 13th day of September, 2023.

Tonya Hills (Sep 13, 2023 20:56 EDT)

TONYA HILLS