**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KATELYN MARTIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, and RICHARD STEINHART,<br><br>Defendants. | Case No.: 3:23-cv-00915-SVN<br><br>**MOVANT TONYA HILLS' MOTION FOR LEAVE TO FILE REPLY IN RESPONSE TO OPPOSITION TO MOTION FOR LEAD PLAINTIFF** |

Movant Tonya Hills respectfully requests leave to file a reply in response to the opposition filed by the Oklahoma Law Enforcement Retirement System ("OLERS"). OLERS' opposition is premised upon a misunderstanding of Ms. Hills' trading activity. OLERS has accused Ms. Hills of being a "day-trader" because she "executed 803 transactions" during the Class Period. *See* Dkt. No. 56, p. 2. But Ms. Hills did ***not*** execute 803 transactions; she instead placed a significantly small number of ***orders*** that her brokers then split and filled through different ***transactions*** in accordance with their "best execution" duties. Ms. Hills' proposed reply brief explains OLERS' error and respectfully refers the Court to Judge Janet Bond Arterton's opinion in *In re Host America Corp. Securities Litigation*, 236 F.R.D. 102 (D. Conn. 2006), which addressed the precise issue at hand involving a broker that filled orders for a lead plaintiff movant through multiple transactions. Ms. Hills' proposed reply brief also addresses one additional error committed by OLERS relating to its use of an excerpt from Ms. Hills' LIFO-matching "Loss Chart" instead of her "Certification".

"Good cause" exists in support of Ms. Hills' request. Without the Court's consideration of Ms. Hills' proposed reply brief, OLERS' erroneous arguments will be left unchecked and unsubstantiated by the facts. Further, Ms. Hills' reply brief is narrowly tailored to address only the

factual errors raised by OLERS in opposition. Although the Court previously disallowed replies, Ms. Hills respectfully submits that there is a compelling reason to make an exception in this immediate instance. *See also Bayway Ref. Co. v. Oxygenated Mktg. & Trading A.G.,* 215 F.3d 219, 226-27 (2d Cir. 2000) ("[R]eply papers may properly address new material issues raised in the opposition papers so as to avoid giving unfair advantage to the answering party.").

Ms. Hills proposed reply brief (which is two pages long) is attached hereto as **Exhibit A**.

Dated: September 21, 2023                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Tonya Hills and [Proposed] Lead Counsel for the Class*

2