# EXHIBIT "A"

| Key | | |
|---|---|---|
| Order | | |
| Transactions Executed by Broker to Fill Order | | |
| Single Trades Executed as Ordered | | |

**Account 2**
**Client Name**
Tonya Hills

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| **Purchase order for 2,620 shares** | | | |
| 03-14-2023 | P | 150 | $ 21.2000 |
| 03-14-2023 | P | 1200 | $ 20.3395 |
| 03-14-2023 | P | 1000 | $ 21.2516 |
| 03-14-2023 | P | 150 | $ 20.3000 |
| 03-14-2023 | P | 120 | $ 20.3000 |
| **Purchase order for 300 shares** | | | |
| 03-15-2023 | P | 100 | $ 19.5000 |
| 03-15-2023 | P | 100 | $ 20.0000 |
| 03-15-2023 | P | 100 | $ 19.9000 |
| **Purchase order for 400 shares** | | | |
| 03-16-2023 | P | 200 | $ 19.4070 |
| 03-16-2023 | P | 200 | $ 19.3900 |
| 03-17-2023 | P | 100 | $ 18.7000 |
| **Purchase order for 500 shares** | | | |
| 03-20-2023 | P | 300 | $ 17.9500 |
| 03-20-2023 | P | 100 | $ 17.9700 |
| 03-20-2023 | P | 100 | $ 18.5922 |
| **Sale order for 940 shares** | | | |
| 03-21-2023 | S | -120 | $ 19.8100 |
| 03-21-2023 | S | -500 | $ 19.9000 |
| 03-21-2023 | S | -320 | $ 19.6400 |
| 03-22-2023 | S | -100 | $ 18.0839 |
| **Purchase order for 1,470 shares** | | | |
| 03-22-2023 | P | 150 | $ 18.0500 |
| 03-22-2023 | P | 150 | $ 18.6500 |
| 03-22-2023 | P | 100 | $ 18.7700 |
| 03-22-2023 | P | 100 | $ 18.3449 |
| 03-22-2023 | P | 200 | $ 18.0900 |
| 03-22-2023 | P | 50 | $ 18.2800 |
| 03-22-2023 | P | 50 | $ 18.2700 |
| 03-22-2023 | P | 150 | $ 18.2500 |
| 03-22-2023 | P | 70 | $ 18.1000 |
| 03-22-2023 | P | 100 | $ 18.0900 |
| 03-22-2023 | P | 100 | $ 18.0000 |
| 03-22-2023 | P | 100 | $ 18.0287 |
| 03-22-2023 | P | 150 | $ 18.0150 |
| 03-23-2023 | P | 300 | $ 18.0292 |
| **Purchase order for 650 shares** | | | |
| 03-24-2023 | P | 100 | $ 17.9800 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 03-24-2023 | P | 150 | $ 17.7000 |
| 03-24-2023 | P | 150 | $ 17.9500 |
| 03-24-2023 | P | 150 | $ 17.7100 |
| 03-24-2023 | P | 100 | $ 17.9412 |
| **Purchase order for 1,760 shares** | | | |
| 03-27-2023 | P | 140 | $ 18.0300 |
| 03-27-2023 | P | 350 | $ 18.0100 |
| 03-27-2023 | P | 120 | $ 18.0600 |
| 03-27-2023 | P | 150 | $ 18.0362 |
| 03-27-2023 | P | 1000 | $ 17.9150 |
| **Purchase order for 350 shares** | | | |
| 03-28-2023 | P | 80 | $ 17.7330 |
| 03-28-2023 | P | 120 | $ 17.7400 |
| 03-28-2023 | P | 150 | $ 17.6522 |
| 03-29-2023 | S | -410 | $ 18.0600 |
| 03-30-2023 | S | -550 | $ 18.6709 |
| 04-03-2023 | S | -450 | $ 19.3000 |
| **Purchase order for 1,600 shares** | | | |
| 04-04-2023 | P | 150 | $ 18.8800 |
| 04-04-2023 | P | 300 | $ 18.3300 |
| 04-04-2023 | P | 300 | $ 18.3200 |
| 04-04-2023 | P | 150 | $ 18.5000 |
| 04-04-2023 | P | 1000 | $ 18.4800 |
| **Purchase order for 3,070 shares** | | | |
| 04-05-2023 | P | 100 | $ 18.4000 |
| 04-05-2023 | P | 300 | $ 17.1700 |
| 04-05-2023 | P | 100 | $ 17.1700 |
| 04-05-2023 | P | 120 | $ 17.1500 |
| 04-05-2023 | P | 100 | $ 17.1400 |
| 04-05-2023 | P | 200 | $ 16.5584 |
| 04-05-2023 | P | 150 | $ 16.6100 |
| 04-05-2023 | P | 150 | $ 16.6700 |
| 04-05-2023 | P | 250 | $ 17.6891 |
| 04-05-2023 | P | 200 | $ 17.7444 |
| 04-05-2023 | P | 350 | $ 17.2000 |
| 04-05-2023 | P | 100 | $ 17.1700 |
| 04-05-2023 | P | 100 | $ 17.1700 |
| 04-05-2023 | P | 150 | $ 17.1500 |
| 04-05-2023 | P | 100 | $ 16.6529 |
| 04-05-2023 | P | 200 | $ 16.6800 |
| 04-05-2023 | P | 100 | $ 16.6100 |
| 04-05-2023 | P | 200 | $ 16.5850 |
| 04-05-2023 | P | 100 | $ 17.0588 |
| **Sale order for 2,170 shares** | | | |
| 04-06-2023 | S | -1070 | $ 17.3199 |
| 04-06-2023 | S | -970 | $ 17.4900 |
| 04-06-2023 | S | -130 | $ 17.4600 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 04-11-2023 | S | -2800 | $ 17.9628 |
| **Purchase order for 450 shares** | | | |
| 04-11-2023 | P | 100 | $ 17.5400 |
| 04-11-2023 | P | 200 | $ 17.5000 |
| 04-11-2023 | P | 150 | $ 17.3300 |
| 04-11-2023 | P | 200 | $ 17.3900 |
| **Purchase order for 5,000 shares** | | | |
| 04-12-2023 | P | 300 | $ 17.2600 |
| 04-12-2023 | P | 100 | $ 17.2000 |
| 04-12-2023 | P | 200 | $ 17.0500 |
| 04-12-2023 | P | 250 | $ 16.8200 |
| 04-12-2023 | P | 1000 | $ 16.7500 |
| 04-12-2023 | P | 1000 | $ 16.7500 |
| 04-12-2023 | P | 350 | $ 16.6900 |
| 04-12-2023 | P | 250 | $ 16.7000 |
| 04-12-2023 | P | 200 | $ 16.6500 |
| 04-12-2023 | P | 100 | $ 17.2000 |
| 04-12-2023 | P | 300 | $ 16.8300 |
| 04-12-2023 | P | 300 | $ 16.8300 |
| 04-12-2023 | P | 300 | $ 17.1500 |
| 04-12-2023 | P | 150 | $ 16.6700 |
| 04-12-2023 | P | 200 | $ 16.6800 |
| **Sale order for 11,150 shares** | | | |
| 04-13-2023 | S | -200 | $ 17.1829 |
| 04-13-2023 | S | -165 | $ 17.2500 |
| 04-13-2023 | S | -300 | $ 17.2533 |
| 04-13-2023 | S | -300 | $ 17.4072 |
| 04-13-2023 | S | -500 | $ 17.3917 |
| 04-13-2023 | S | -150 | $ 17.9000 |
| 04-13-2023 | S | -500 | $ 17.9000 |
| 04-13-2023 | S | -500 | $ 18.0900 |
| 04-13-2023 | S | -500 | $ 18.1200 |
| 04-13-2023 | S | -1200 | $ 18.2500 |
| 04-13-2023 | S | -500 | $ 18.3000 |
| 04-13-2023 | S | -300 | $ 18.8739 |
| 04-13-2023 | S | -700 | $ 18.9000 |
| 04-13-2023 | S | -200 | $ 18.9000 |
| 04-13-2023 | S | -250 | $ 18.8907 |
| 04-13-2023 | S | -250 | $ 18.9500 |
| 04-13-2023 | S | -150 | $ 17.3500 |
| 04-13-2023 | S | -200 | $ 17.4000 |
| 04-13-2023 | S | -250 | $ 17.4500 |
| 04-13-2023 | S | -185 | $ 17.4475 |
| 04-13-2023 | S | -250 | $ 17.5000 |
| 04-13-2023 | S | -500 | $ 17.8900 |
| 04-13-2023 | S | -800 | $ 18.0400 |
| 04-13-2023 | S | -1000 | $ 18.1500 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 04-13-2023 | S | -500 | $ 18.8700 |
| 04-13-2023 | S | -400 | $ 18.9100 |
| 04-13-2023 | S | -200 | $ 18.9600 |
| 04-13-2023 | S | -200 | $ 18.9600 |
| 04-14-2023 | S | -400 | $ 19.1400 |
| 04-14-2023 | P | 100 | $ 18.4500 |
| **Purchase order for 350 shares** | | | |
| 04-18-2023 | P | 150 | $ 21.1800 |
| 04-18-2023 | P | 100 | $ 21.3194 |
| 04-18-2023 | P | 100 | $ 21.3000 |
| **Purchase order for 400 shares** | | | |
| 04-19-2023 | P | 300 | $ 21.0500 |
| 04-19-2023 | P | 100 | $ 20.9300 |
| **Sale order for 600 shares** | | | |
| 04-21-2023 | S | -150 | $ 22.7000 |
| 04-21-2023 | S | -150 | $ 22.6500 |
| 04-21-2023 | S | -150 | $ 22.8000 |
| 04-21-2023 | S | -150 | $ 22.8500 |
| **Purchase order for 870 shares** | | | |
| 04-25-2023 | P | 500 | $ 20.9500 |
| 04-25-2023 | P | 100 | $ 21.0950 |
| 04-25-2023 | P | 120 | $ 21.2000 |
| 04-25-2023 | P | 150 | $ 21.1184 |
| **Purchase order for 500 shares** | | | |
| 04-26-2023 | P | 150 | $ 21.0000 |
| 04-26-2023 | P | 150 | $ 20.8062 |
| 04-26-2023 | P | 100 | $ 20.7300 |
| 04-26-2023 | P | 100 | $ 20.9000 |
| **Purchase order for 2,150 shares** | | | |
| 04-27-2023 | P | 300 | $ 20.5800 |
| 04-27-2023 | P | 150 | $ 20.5733 |
| 04-27-2023 | P | 300 | $ 20.5500 |
| 04-27-2023 | P | 200 | $ 20.6250 |
| 04-27-2023 | P | 300 | $ 20.6389 |
| 04-27-2023 | P | 200 | $ 20.7000 |
| 04-27-2023 | P | 200 | $ 20.5700 |
| 04-27-2023 | P | 300 | $ 20.7100 |
| 04-27-2023 | P | 200 | $ 20.6900 |
| **Purchase order for 550 shares** | | | |
| 04-28-2023 | P | 200 | $ 20.6600 |
| 04-28-2023 | P | 200 | $ 20.5500 |
| 04-28-2023 | P | 150 | $ 20.6600 |
| **Sale order for 2,870 shares** | | | |
| 05-03-2023 | S | -1000 | $ 22.2660 |
| 05-03-2023 | S | -120 | $ 22.3383 |
| 05-03-2023 | S | -300 | $ 22.5515 |
| 05-03-2023 | S | -300 | $ 22.6372 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 05-03-2023 | S | -300 | $ 22.6467 |
| 05-03-2023 | S | -300 | $ 22.5686 |
| 05-03-2023 | S | -200 | $ 22.6400 |
| 05-03-2023 | S | -350 | $ 22.3800 |
| **Purchase order for 700 shares** | | | |
| 05-04-2023 | P | 300 | $ 21.1300 |
| 05-04-2023 | S | -127 | $ 22.7000 |
| 05-04-2023 | P | 200 | $ 21.7000 |
| 05-04-2023 | P | 100 | $ 21.0900 |
| 05-04-2023 | P | 100 | $ 21.1250 |
| **Sale order for 1,723 shares** | | | |
| 05-05-2023 | S | -500 | $ 23.0749 |
| 05-05-2023 | S | -223 | $ 23.5555 |
| 05-05-2023 | S | -500 | $ 23.3701 |
| 05-05-2023 | S | -500 | $ 23.2800 |
| 05-05-2023 | S | -150 | $ 23.6500 |
| 05-08-2023 | S | -100 | $ 26.5948 |
| 05-08-2023 | S | -50 | $ 26.6500 |
| **Purchase order for 1,150 shares** | | | |
| 05-09-2023 | P | 150 | $ 25.5490 |
| 05-09-2023 | P | 150 | $ 25.5470 |
| 05-09-2023 | P | 150 | $ 25.3000 |
| 05-09-2023 | P | 100 | $ 25.9000 |
| 05-09-2023 | P | 100 | $ 25.4600 |
| 05-09-2023 | P | 150 | $ 25.4500 |
| 05-09-2023 | P | 150 | $ 25.3500 |
| 05-09-2023 | S | -100 | $ 25.4600 |
| 05-09-2023 | P | 100 | $ 25.7300 |
| 05-09-2023 | P | 100 | $ 25.5900 |
| **Sale order for 950 shares** | | | |
| 05-10-2023 | S | -150 | $ 28.5800 |
| 05-10-2023 | S | -300 | $ 28.4144 |
| **Purchase order for 350 shares** | | | |
| 05-10-2023 | P | 50 | $ 27.9800 |
| 05-10-2023 | P | 50 | $ 27.8500 |
| 05-10-2023 | P | 200 | $ 27.7900 |
| 05-10-2023 | S | -500 | $ 29.1800 |
| 05-10-2023 | P | 50 | $ 28.6000 |
| **Purchase order for 1,040 shares** | | | |
| 05-11-2023 | P | 90 | $ 28.0000 |
| 05-11-2023 | P | 200 | $ 28.0000 |
| 05-11-2023 | P | 50 | $ 28.4500 |
| 05-11-2023 | P | 100 | $ 28.3600 |
| 05-11-2023 | P | 100 | $ 28.0624 |
| 05-11-2023 | P | 200 | $ 27.0000 |
| 05-11-2023 | P | 100 | $ 27.0800 |
| 05-11-2023 | P | 100 | $ 26.9000 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 05-11-2023 | P | 50 | $ 26.8850 |
| 05-11-2023 | P | 50 | $ 27.0050 |
| 05-11-2023 | P | 80 | $ 27.0000 |
| 05-11-2023 | P | 100 | $ 26.9800 |
| **Purchase order for 1,090 shares** | | | |
| 05-12-2023 | P | 500 | $ 27.3600 |
| 05-12-2023 | P | 250 | $ 27.1491 |
| 05-12-2023 | P | 100 | $ 26.8550 |
| 05-12-2023 | P | 100 | $ 26.8000 |
| 05-12-2023 | P | 50 | $ 26.8100 |
| 05-12-2023 | P | 40 | $ 26.9000 |
| 05-12-2023 | P | 50 | $ 26.8100 |
| **Purchase order for 780 shares** | | | |
| 05-15-2023 | P | 150 | $ 27.1500 |
| 05-15-2023 | P | 150 | $ 27.2367 |
| 05-15-2023 | P | 180 | $ 27.2351 |
| 05-15-2023 | P | 150 | $ 27.0900 |
| 05-15-2023 | P | 150 | $ 27.0000 |
| **Purchase order for 1,550 shares** | | | |
| 05-17-2023 | P | 100 | $ 26.8500 |
| 05-17-2023 | P | 150 | $ 26.9700 |
| 05-17-2023 | P | 150 | $ 26.6564 |
| 05-17-2023 | P | 150 | $ 26.6000 |
| 05-17-2023 | P | 150 | $ 26.5800 |
| 05-17-2023 | P | 100 | $ 27.3500 |
| 05-17-2023 | P | 150 | $ 26.8000 |
| 05-17-2023 | P | 100 | $ 26.8800 |
| 05-17-2023 | P | 200 | $ 26.8600 |
| 05-17-2023 | P | 150 | $ 26.8500 |
| 05-17-2023 | P | 150 | $ 26.8400 |
| **Purchase order for 300 shares** | | | |
| 05-18-2023 | P | 150 | $ 26.1850 |
| 05-18-2023 | P | 150 | $ 26.3000 |
| **Purchase order for 850 shares** | | | |
| 05-19-2023 | P | 150 | $ 25.6600 |
| 05-19-2023 | P | 100 | $ 25.5277 |
| 05-19-2023 | P | 150 | $ 25.8100 |
| 05-19-2023 | P | 150 | $ 25.7700 |
| 05-19-2023 | P | 100 | $ 25.7400 |
| 05-19-2023 | P | 100 | $ 25.7200 |
| 05-19-2023 | P | 100 | $ 25.7000 |
| 05-19-2023 | P | 100 | $ 25.5300 |
| **Sale order for 740 shares** | | | |
| 05-22-2023 | S | -300 | $ 25.8000 |
| 05-22-2023 | S | -440 | $ 26.0000 |
| **Purchase order for 700 shares** | | | |
| 05-23-2023 | P | 150 | $ 26.3000 |

| Date | | Shares | Price |
|---|---|---|---|
| 05-23-2023 | P | 150 | $ 25.5200 |
| 05-23-2023 | P | 200 | $ 25.7500 |
| 05-23-2023 | P | 200 | $ 25.5900 |
| **Purchase order for 1,150 shares** | | | |
| 05-24-2023 | P | 100 | $ 25.7000 |
| 05-24-2023 | P | 100 | $ 25.4600 |
| 05-24-2023 | P | 50 | $ 25.6360 |
| 05-24-2023 | P | 150 | $ 25.6560 |
| 05-24-2023 | P | 200 | $ 25.5800 |
| 05-24-2023 | P | 100 | $ 25.5800 |
| 05-24-2023 | P | 150 | $ 25.7500 |
| 05-24-2023 | P | 100 | $ 25.4400 |
| 05-24-2023 | P | 100 | $ 25.6000 |
| 05-24-2023 | P | 100 | $ 25.5800 |
| **Purchase order for 3,050 shares** | | | |
| 05-25-2023 | P | 50 | $ 21.9244 |
| 05-25-2023 | P | 150 | $ 18.7000 |
| 05-25-2023 | P | 150 | $ 17.5000 |
| 05-25-2023 | P | 200 | $ 17.5000 |
| 05-25-2023 | P | 200 | $ 19.2689 |
| 05-25-2023 | P | 250 | $ 24.1834 |
| 05-25-2023 | P | 300 | $ 24.1500 |
| 05-25-2023 | P | 200 | $ 24.1200 |
| 05-25-2023 | P | 100 | $ 24.0000 |
| 05-25-2023 | P | 250 | $ 21.7499 |
| 05-25-2023 | P | 100 | $ 19.8580 |
| 05-25-2023 | P | 200 | $ 19.0600 |
| 05-25-2023 | P | 100 | $ 18.9800 |
| 05-25-2023 | P | 100 | $ 18.8800 |
| 05-25-2023 | P | 100 | $ 17.3753 |
| 05-25-2023 | P | 200 | $ 18.2300 |
| 05-25-2023 | P | 100 | $ 18.1500 |
| 05-25-2023 | P | 150 | $ 18.0500 |
| 05-25-2023 | P | 100 | $ 19.5000 |
| 05-25-2023 | P | 300 | $ 19.3300 |
| **Purchase order for 1,483 shares** | | | |
| 05-26-2023 | P | 100 | $ 18.0857 |
| 05-26-2023 | P | 100 | $ 18.2000 |
| 05-26-2023 | P | 100 | $ 17.9500 |
| 05-26-2023 | P | 100 | $ 17.9000 |
| 05-26-2023 | P | 50 | $ 17.8500 |
| 05-26-2023 | P | 100 | $ 17.8800 |
| 05-26-2023 | P | 183 | $ 18.3873 |
| 05-26-2023 | P | 100 | $ 18.6000 |
| 05-26-2023 | P | 100 | $ 18.1600 |
| 05-26-2023 | P | 100 | $ 18.8000 |
| 05-26-2023 | P | 100 | $ 17.9900 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 05-26-2023 | P | 50 | $ 17.9300 |
| 05-26-2023 | P | 100 | $ 17.8800 |
| 05-26-2023 | P | 50 | $ 17.9200 |
| 05-26-2023 | P | 50 | $ 17.9000 |
| 05-26-2023 | P | 100 | $ 18.8200 |
| **Sale order for 600 shares** | | | |
| 05-30-2023 | S | -300 | $ 19.0400 |
| 05-30-2023 | S | -300 | $ 19.0500 |
| 05-30-2023 | P | 100 | $ 18.8500 |
| **Purchase order for 2,210 shares** | | | |
| 05-31-2023 | P | 150 | $ 18.5133 |
| 05-31-2023 | P | 150 | $ 18.4900 |
| 05-31-2023 | P | 150 | $ 18.4700 |
| 05-31-2023 | P | 150 | $ 17.8735 |
| 05-31-2023 | P | 100 | $ 17.8505 |
| 05-31-2023 | P | 150 | $ 17.8500 |
| 05-31-2023 | P | 150 | $ 17.9900 |
| 05-31-2023 | P | 200 | $ 17.9746 |
| 05-31-2023 | P | 10 | $ 18.8100 |
| 05-31-2023 | P | 150 | $ 18.5500 |
| 05-31-2023 | P | 150 | $ 18.5500 |
| 05-31-2023 | P | 100 | $ 18.5100 |
| 05-31-2023 | P | 150 | $ 17.8700 |
| 05-31-2023 | P | 100 | $ 17.8900 |
| 05-31-2023 | P | 100 | $ 17.8900 |
| 05-31-2023 | P | 100 | $ 17.8700 |
| 05-31-2023 | P | 150 | $ 17.9600 |
| 05-31-2023 | P | 100 | $ 17.8500 |
| **Sale order for 3,150 shares** | | | |
| 06-01-2023 | S | -1000 | $ 18.8000 |
| 06-01-2023 | S | -350 | $ 18.7600 |
| 06-01-2023 | S | -1000 | $ 18.7600 |
| 06-01-2023 | S | -500 | $ 18.7814 |
| 06-01-2023 | S | -300 | $ 18.8001 |
| **Purchase order for 1,400 shares** | | | |
| 06-02-2023 | P | 500 | 17.76 |
| 06-02-2023 | P | 300 | 17.6967 |
| 06-02-2023 | P | 150 | 17.8495 |
| **Sale order for 2,593 shares** | | | |
| 06-02-2023 | S | -500 | 18.4 |
| 06-02-2023 | S | -1000 | 18.9056 |
| 06-02-2023 | S | -1000 | 18.8891 |
| 06-02-2023 | P | 300 | 17.8762 |
| 06-02-2023 | P | 150 | 17.82 |
| 06-02-2023 | P | 200 | $ 17.8000 |
| 06-02-2023 | S | -93 | $18.8200 |
| **Sale order for 2,000 shares** | | | |

| | | | |
|---|---|---|---|
| 06-05-2023 | S | -500 | $ 19.0000 |
| 06-05-2023 | S | -500 | $ 19.1500 |
| 06-05-2023 | S | -500 | $ 19.2500 |
| 06-05-2023 | S | -500 | $ 19.2301 |
| 06-06-2023 | P | 1500 | $ 19.4200 |
| **Sale order for 8,000 shares** | | | |
| 06-06-2023 | S | -1500 | $ 19.9000 |
| 06-06-2023 | S | -1000 | $ 20.1500 |
| 06-06-2023 | S | -500 | $ 20.1000 |
| 06-06-2023 | S | -500 | $ 20.6501 |
| 06-06-2023 | S | -2000 | $ 19.9500 |
| 06-06-2023 | S | -1000 | $ 20.0700 |
| 06-06-2023 | S | -1500 | $ 20.6700 |
| **Purchase order for 650 shares** | | | |
| 06-07-2023 | P | 150 | $ 21.0000 |
| 06-07-2023 | P | 500 | $ 21.1000 |
| **Purchase order for 2,820 shares** | | | |
| 06-08-2023 | P | 100 | $ 20.3000 |
| 06-08-2023 | P | 150 | $ 20.2300 |
| 06-08-2023 | P | 200 | $ 20.3300 |
| 06-08-2023 | P | 150 | $ 20.2800 |
| 06-08-2023 | P | 200 | $ 20.0800 |
| 06-08-2023 | P | 120 | $ 20.3200 |
| 06-08-2023 | P | 100 | $ 20.3000 |
| 06-08-2023 | P | 100 | $ 20.2200 |
| 06-08-2023 | P | 500 | $ 20.4405 |
| 06-08-2023 | P | 100 | $ 20.5000 |
| 06-08-2023 | P | 100 | $ 20.2300 |
| 06-08-2023 | P | 200 | $ 20.3200 |
| 06-08-2023 | P | 250 | $ 20.3100 |
| 06-08-2023 | P | 100 | $ 20.2650 |
| 06-08-2023 | P | 100 | $ 20.1500 |
| 06-08-2023 | P | 100 | $ 20.1250 |
| 06-08-2023 | P | 150 | $ 20.1200 |
| 06-08-2023 | P | 300 | $ 20.2800 |
| 06-08-2023 | P | 100 | $ 20.2150 |
| **Purchase order for 800 shares** | | | |
| 06-09-2023 | P | 50 | $ 20.2800 |
| 06-09-2023 | P | 150 | $ 20.1500 |
| 06-09-2023 | P | 100 | $ 20.0200 |
| 06-09-2023 | P | 500 | $ 20.5700 |
| **Purchase order for 2,950 shares** | | | |
| 06-12-2023 | P | 500 | $ 20.2700 |
| 06-12-2023 | P | 150 | $ 19.8800 |
| 06-12-2023 | P | 200 | $ 19.7800 |
| 06-12-2023 | P | 150 | $ 19.3000 |
| 06-12-2023 | P | 100 | $ 19.2100 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 06-12-2023 | P | 150 | $ 19.3100 |
| 06-12-2023 | P | 200 | $ 20.2550 |
| 06-12-2023 | P | 100 | $ 19.8300 |
| 06-12-2023 | P | 100 | $ 19.7650 |
| 06-12-2023 | P | 150 | $ 19.3550 |
| 06-12-2023 | P | 200 | $ 19.3800 |
| 06-12-2023 | P | 100 | $ 19.3931 |
| 06-12-2023 | P | 200 | $ 19.3900 |
| 06-12-2023 | P | 150 | $ 19.3700 |
| 06-12-2023 | P | 150 | $ 19.2243 |
| 06-12-2023 | P | 200 | $ 19.2284 |
| 06-12-2023 | P | 150 | $ 19.4089 |
| **Sale order for 1,520 shares** | | | |
| 06-13-2023 | S | -150 | $ 20.1500 |
| 06-13-2023 | S | -100 | $ 20.0000 |
| 06-13-2023 | S | -120 | $ 19.8900 |
| 06-13-2023 | S | -150 | $ 20.0000 |
| 06-13-2023 | S | -1000 | $ 20.1001 |
| **Sale order for 1,050 shares** | | | |
| 06-14-2023 | S | -150 | $ 21.2300 |
| 06-14-2023 | S | -200 | $ 21.2000 |
| 06-14-2023 | S | -500 | $ 21.2907 |
| 06-14-2023 | S | -200 | $ 21.1000 |
| 06-14-2023 | P | 50 | $ 21.2300 |
| 06-15-2023 | P | 500 | $ 21.0500 |
| **Purchase order for 12,500 shares** | | | |
| 06-16-2023 | P | 500 | $ 21.1000 |
| 06-16-2023 | P | 500 | $ 21.0800 |
| 06-16-2023 | P | 500 | $ 21.0500 |
| 06-16-2023 | P | 250 | $ 21.0400 |
| 06-16-2023 | P | 200 | $ 21.0000 |
| 06-16-2023 | P | 500 | $ 20.9500 |
| 06-16-2023 | P | 200 | $ 21.0000 |
| 06-16-2023 | P | 250 | $ 20.9900 |
| 06-16-2023 | P | 200 | $ 20.9500 |
| 06-16-2023 | P | 200 | $ 20.9300 |
| 06-16-2023 | P | 300 | $ 20.9183 |
| 06-16-2023 | P | 500 | $ 19.9629 |
| 06-16-2023 | P | 1000 | $ 19.7200 |
| 06-16-2023 | P | 1000 | $ 19.6000 |
| 06-16-2023 | P | 500 | $ 19.6300 |
| 06-16-2023 | P | 300 | $ 20.1000 |
| 06-16-2023 | P | 300 | $ 20.1000 |
| 06-16-2023 | P | 300 | $ 21.0899 |
| 06-16-2023 | P | 500 | $ 21.0600 |
| 06-16-2023 | P | 300 | $ 20.9700 |
| 06-16-2023 | P | 100 | $ 20.9100 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 06-16-2023 | P | 150 | $ 20.9000 |
| 06-16-2023 | P | 150 | $ 20.9000 |
| 06-16-2023 | P | 200 | $ 20.8800 |
| 06-16-2023 | P | 300 | $ 20.8500 |
| 06-16-2023 | P | 1000 | $ 19.7100 |
| 06-16-2023 | P | 500 | $ 19.7600 |
| 06-16-2023 | P | 500 | $ 19.7100 |
| 06-16-2023 | P | 1000 | $ 19.6000 |
| 06-16-2023 | P | 300 | $ 20.0450 |
| **Purchase order for 2,550 shares** | | | |
| 06-20-2023 | P | 100 | $ 19.8000 |
| 06-20-2023 | P | 150 | $ 19.8933 |
| 06-20-2023 | P | 300 | $ 19.7900 |
| 06-20-2023 | P | 150 | $ 19.7733 |
| 06-20-2023 | P | 150 | $ 19.4000 |
| 06-20-2023 | P | 150 | $ 19.4000 |
| 06-20-2023 | P | 150 | $ 19.3700 |
| 06-20-2023 | P | 150 | $ 19.3800 |
| 06-20-2023 | P | 250 | $ 19.8800 |
| 06-20-2023 | P | 150 | $ 19.7500 |
| 06-20-2023 | P | 100 | $ 19.8000 |
| 06-20-2023 | P | 200 | $ 19.7000 |
| 06-20-2023 | P | 50 | $ 19.7699 |
| 06-20-2023 | P | 150 | $ 19.7396 |
| 06-20-2023 | P | 100 | $ 19.3800 |
| 06-20-2023 | P | 150 | $ 19.3800 |
| 06-20-2023 | P | 50 | $ 20.0500 |
| 06-20-2023 | P | 150 | $ 19.9900 |
| **Purchase order for 2,550 shares** | | | |
| 06-21-2023 | P | 100 | $ 19.6500 |
| 06-21-2023 | P | 100 | $ 19.6200 |
| 06-21-2023 | P | 50 | $ 19.6200 |
| 06-21-2023 | P | 50 | $ 19.6300 |
| 06-21-2023 | P | 100 | $ 19.5200 |
| 06-21-2023 | P | 150 | $ 19.2500 |
| 06-21-2023 | P | 200 | $ 19.2700 |
| 06-21-2023 | P | 100 | $ 19.2100 |
| 06-21-2023 | P | 200 | $ 19.1000 |
| 06-21-2023 | P | 200 | $ 19.0800 |
| 06-21-2023 | P | 150 | $ 19.1500 |
| 06-21-2023 | P | 100 | $ 19.7200 |
| 06-21-2023 | P | 100 | $ 19.5000 |
| 06-21-2023 | P | 100 | $ 19.6800 |
| 06-21-2023 | P | 150 | $ 19.6700 |
| 06-21-2023 | P | 100 | $ 19.6800 |
| 06-21-2023 | P | 50 | $ 19.6000 |
| 06-21-2023 | P | 100 | $ 19.4500 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 06-21-2023 | P | 200 | $ 19.2650 |
| 06-21-2023 | P | 150 | $ 19.2500 |
| 06-21-2023 | P | 100 | $ 19.1900 |
| 06-22-2023 | S | -150 | $ 19.3307 |
| **Purchase order for 170 shares** | | | |
| 06-22-2023 | P | 10 | $ 18.8350 |
| 06-22-2023 | P | 10 | $ 18.8200 |
| 06-22-2023 | P | 150 | $ 19.0500 |
| **Purchase order for 650 shares** | | | |
| 06-23-2023 | P | 150 | $ 18.4500 |
| 06-23-2023 | P | 100 | $ 18.8200 |
| 06-23-2023 | P | 200 | $ 18.5400 |
| 06-23-2023 | P | 100 | $ 18.5200 |
| 06-23-2023 | P | 100 | $ 18.4900 |
| **Purchase order for 3,450 shares** | | | |
| 06-26-2023 | P | 300 | $ 17.8600 |
| 06-26-2023 | P | 300 | $ 17.8000 |
| 06-26-2023 | P | 200 | $ 17.7000 |
| 06-26-2023 | P | 300 | $ 17.6700 |
| 06-26-2023 | P | 150 | $ 17.5800 |
| 06-26-2023 | P | 180 | $ 17.5800 |
| 06-26-2023 | P | 150 | $ 17.5700 |
| 06-26-2023 | P | 150 | $ 17.5700 |
| 06-26-2023 | P | 200 | $ 17.5300 |
| 06-26-2023 | P | 100 | $ 17.5400 |
| 06-26-2023 | P | 50 | $ 17.5150 |
| 06-26-2023 | P | 100 | $ 17.5610 |
| 06-26-2023 | P | 150 | $ 17.5400 |
| 06-26-2023 | P | 150 | $ 17.5000 |
| 06-26-2023 | P | 100 | $ 17.5700 |
| 06-26-2023 | P | 150 | $ 17.6000 |
| 06-26-2023 | P | 180 | $ 17.5900 |
| 06-26-2023 | P | 150 | $ 17.5850 |
| 06-26-2023 | P | 100 | $ 17.5900 |
| 06-26-2023 | P | 80 | $ 17.5450 |
| 06-26-2023 | P | 200 | $ 17.5200 |
| 06-26-2023 | P | 10 | $ 17.5799 |
| **Purchase order for 300 shares** | | | |
| 06-27-2023 | P | 100 | $ 17.5100 |
| 06-27-2023 | P | 100 | $ 16.8600 |
| 06-27-2023 | P | 100 | $ 16.8800 |
| **Sale order for 1,620 shares** | | | |
| 06-28-2023 | S | -300 | $ 17.6502 |
| 06-28-2023 | S | -300 | $ 17.6500 |
| 06-28-2023 | S | -200 | $ 17.4100 |
| 06-28-2023 | S | -320 | $ 17.6499 |
| 06-28-2023 | S | -300 | $ 17.6600 |

| 06-28-2023 | S | -200 | $ 17.6600 |