**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER, <br><br> Defendants. | Civil Action No.: 3:23-cv-00915-SVN |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Adam M. Apton, hereby declare as follows:

1.      I am a partner at Levi & Korsinsky, LLP, counsel for co-lead plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System (collectively, "Plaintiffs") and co-lead counsel for the Class. I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of the transcript of BioXcel Therapeutics, Inc.'s 41st Annual J.P. Morgan Healthcare Conference Presentation, dated January 11, 2023.

3.      Attached hereto as Exhibit B is a true and correct copy of the transcript of BioXcel Therapeutics, Inc.'s Key Opinion Leader Day Event, dated February 21, 2023.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: March 5, 2024                    By: */s/ Adam M. Apton*
                                                            Adam M. Apton

1