**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, AND ROBERT RISINGER,<br><br>              Defendants. | Civil Action No.: 3:23-cv-00915-SVN |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System ("Plaintiffs") respectfully submit as supplemental authority the recent decision denying in part Defendants' motion to dismiss in *Salzman v. ImmunityBio, Inc., et al.*, No. 3:23-cv-01216-GPC-VET (S.D. Cal. Jun. 20, 2024) (Slip. Op.) (Dkt. No. 63). A copy of the decision is attached hereto as Exhibit A.

Plaintiffs submit the decision due to the factual similarities it presents with the matter at bar, including the defendants' concealment of protocol violations documented in a Form 483 letter from the U.S. Food & Drug Administration.

1

Dated: June 20, 2024

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*

Adam M. Apton (*pro hac vice*)
Devyn R. Glass (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
Email: dglass@zlk.com

**GRANT & EISENHOFER P.A.**

Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email: aforgione@gelaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

2