**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-00915-SVN |
| Plaintiffs, | June 24, 2024 |
| v. | |
| BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER, | **DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Defendants. | |

In response to Plaintiffs' Notice of Supplemental Authority (ECF No. 124), Defendants BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger ("Defendants") respectfully submit notice of the United States Supreme Court's grant of a petition for a writ of certiorari on June 10, 2024, in *In re Facebook, Inc. Securities Litigation*, 87 F.4th 934 (9th Cir. 2023) ("*Facebook*"). Plaintiffs' supplemental authority, *Salzman v. ImmunityBio, Inc.,* No. 3:23-cv-01216-GPC-VET (S.D. Cal. Jun. 20, 2024) (Slip. Op.), is based in part on the Ninth Circuit's opinion in *Facebook*. The Supreme Court has granted certiorari in the appeal from that decision. Ex. A, Supreme Court Order List, at 2 (June 10, 2024) (granting certiorari as to "Question 1") (*available at* https://www.supremecourt.gov/orders/courtorders/061024zor_d18f.pdf); Ex. B, Petition for a Writ of Certiorari, *Facebook, Inc. v. Amalgamated Bank* (No. 23-980) (March 4, 2024). The Supreme Court will consider the following question: "Are risk disclosures false or misleading when they do not disclose that a risk has materialized in the past, even if that past event presents no known risk of ongoing or future business harm?" Ex. A at 2; Ex. B at 2.

Dated:    June 24, 2024                        Respectfully submitted,
          Hartford, Connecticut

                                               LATHAM & WATKINS LLP

                                               By:    /s/ Colleen C. Smith

                                                      Colleen C. Smith (*pro hac vice*)
                                                      12670 High Bluff Drive
                                                      San Diego, CA 92130
                                                      Tel: (858) 523-5400
                                                      Fax: (858) 523-5450
                                                      Email: colleen.smith@lw.com

                                                      Jessica Bengels [ct29396]
                                                      1271 Avenue of the Americas
                                                      New York, NY 10020
                                                      Tel: (212) 906-1200
                                                      Fax: (212) 751-4864
                                                      Email: jessica.bengels@lw.com

                                                      Michele D. Johnson (*pro hac vice*)
                                                      650 Town Center Drive, 20th Floor
                                                      Costa Mesa, CA 92626
                                                      Tel: (714) 540-1235
                                                      Fax: (714) 755-8290
                                                      Email: michele.johnson@lw.com

                                                      Sarah Tomkowiak (*pro hac vice*)
                                                      555 Eleventh Street, NW
                                                      Suite 1000
                                                      Washington, D.C. 20004
                                                      Tel: (202) 637-2200
                                                      Fax: (202) 637-2201

                                                      Meryn C. N. Grant (*pro hac vice*)
                                                      355 South Grand Avenue
                                                      Los Angeles, CA 90071
                                                      Tel: (213) 485-1234
                                                      Fax: (213) 891-8763
                                                      Email: meryn.grant@lw.com

                                                      *Attorneys for Defendants*