# EXHIBIT A

(ORDER LIST: 602 U.S.)

**MONDAY, JUNE 10, 2024**

**CERTIORARI -- SUMMARY DISPOSITIONS**

22-349      FLAGSTAR BANK V. KIVETT, WILLIAM, ET AL.

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Cantero* v. *Bank of America, N.A.*, 602 U. S. ___ (2024).

23-682      ALABAMA V. WILLIAMS, MARCUS B.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *Thornell* v. *Jones*, 602 U. S. ___ (2024).

**ORDERS IN PENDING CASES**

23-914      ZILKA, DIANE V. PHILADELPHIA, TAX REVIEW BOARD

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

23-947    )   SUNOCO LP, ET AL. V. HONOLULU, HI, ET AL.
          )
23-952    )   SHELL PLC, ET AL. V. HONOLULU, HI, ET AL.

The Solicitor General is invited to file a brief in these cases expressing the views of the United States.  Justice Alito took no part in the consideration of these petitions.

23-969      WALEN, CHARLES, ET AL. V. BURGUM, GOV. OF ND, ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

23-7362     HARRINGTON, TESAE V. BLINKEN, SEC. OF STATE

The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until July 1, 2024, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

23-715      ADVOCATE CHRIST MEDICAL, ET AL. V. BECERRA, SEC. OF H&HS

The petition for a writ of certiorari is granted.

23-980      FACEBOOK, INC., ET AL. V. AMALGAMATED BANK, ET AL.

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

## CERTIORARI DENIED

23-456      CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL.

23-687      MRP PROPERTIES CO., ET AL. V. UNITED STATES

23-743      CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL.

23-757      RELISH LABS LLC, ET AL. V. GRUBHUB INC., ET AL.

23-873      ROBBERTSE, CHANTELLE C. V. GARLAND, ATT'Y GEN.

23-1014     McGRAW, DIYONNE L. V. BANKO, KHANH-LIEN, ET AL.

23-1077     WILSON, MARK V. SCHLUMBERGER TECHNOLOGY CORP.

23-1083     WAXWOMAN, SHULA V. BANK OF NY MELLON, ET AL.

23-1090     PITTA, SCOTT D. V. MEDEIROS, DINA, ET AL.

23-1097     HARTMAN, J. D., ET AL. V. SHORT, CHARLES W.

23-1103     SAWTOOTH MOUNTAIN RANCH, ET AL. V. U.S. FOREST SERVICE, ET AL.

23-1109     HANKE, DIETMAR, ET AL. V. ARIZONA, ET AL.

2

23-1110     OSTIPOW, GERALD S. V. FEDERSPIEL, WILLIAM L.

23-1133     SASSO, RICK V. HARDING, MARC

23-1157     REMMERT, ROBERT W. V. BRIAR CAPITAL WORKING, L.L.C.

23-1191     CHOKER, DRU, ET AL. V. NAT. VETERINARY ASSOC., ET AL.

23-1198     PATRA, HARISADHAN, ET UX. V. PA SYSTEM OF HIGHER ED., ET AL.

23-6469     KIMBLE, ERIC V. ANDES, ACTING WARDEN

23-6521     REEVES, SHAWN V. NEW JERSEY

23-6888     FREDERICK, DARRELL W. V. QUICK, WARDEN

23-6910     DáVILA-REYES, JEFFRI V. UNITED STATES

23-6912     FIELDS, SAMUEL V. PLAPPERT, WARDEN

23-6976     CABRERA, JUAN V. UNITED STATES

23-7090     MENDES, AMBROSE C. V. KIRSHENBAUM & KIRSHENBAUM

23-7137     REISMANN SEXTON, DIANA I. V. SEXTON, GILBERT

23-7142     RAMSEY, ELIZABETH A. V. LUMPKIN, DIR., TX DCJ

23-7148     ANCRUM, ARNOLD V. DIXON, SEC., FL DOC

23-7149     WILSON, DETERRIUS V. PHILHOURS, JUDGE, ET AL.

23-7152     BURTON, SEAN V. PENNSYLVANIA

23-7154     GREENE, ROBERT M. V. DIXON, SEC., FL DOC

23-7155     KINDRED, MARY A. V. MEMPHIS LIGHT, GAS AND WATER

23-7159     BUCK, THOMAS J. V. COMPTON, JANICE J.

23-7169     PULLEY, ROBERT G. V. PARAMO, DANIEL, ET AL.

23-7170     BROWN, EDWARD R. V. FLORIDA

23-7171     PUDERER, DARRYL V. LOUISIANA

23-7180     WARNER, GARY W. V. TEXAS

23-7188     WINDING, JACOB, ET UX. V. SUPERIOR COURT OF CA, ET AL.

23-7189     A. R. P. V. FLORIDA

23-7191     LIN, JAY V. SAYERS, AARON

23-7201     VANCE, WAYNE P. V. ENGSTROM, GLEN, ET AL.

23-7207      TAYLOR, DWAYNE K. V. ILLINOIS

23-7208      YIFRU, ABIY V. UNITED STATES

23-7255      HORACE, ANDREW V. MD NOW MEDICAL CENTERS, INC.

23-7329      BROWN, ALRICK V. DIXON, SEC., FL DOC

23-7333      ARNOLD, THOMAS V. FLORIDA

23-7334      FROEMMING, WILLIAM C. V. WEST ALLIS, WI, ET AL.

23-7352      JOHNSON, CHRISTOPHER R. V. WASHINGTON

23-7358      BROWN, ERIC L. V. MISSISSIPPI

23-7369      JEFFERSON, ROBERT G. V. UNITED STATES

23-7378      HERROD, FREDERICK V. MEMBERS OF THE 79TH CONGRESS

23-7385      BERMEL, JACOB P. V. UNITED STATES

23-7398      PARKER, JAMAAL V. UNITED STATES

23-7401      ROCCO, KRISTOPHER L. V. UNITED STATES

23-7402      STOVALL, DEQUON R. V. UNITED STATES

23-7406      ROUSE, BOBBY V. UNITED STATES

23-7407      LLOYD, MARIO H. V. UNITED STATES

23-7408      RIVERS, MELVIN W. V. UNITED STATES

23-7411      STEPTOE, LARRY E. V. UNITED STATES

23-7413      PERRY, ADONIS M. V. UNITED STATES

23-7416      PRATT, CHRISTOPHER J. V. UNITED STATES

23-7419      DAVIS, WARREN L. V. UNITED STATES

23-7421      STAPLES, DEMARCUS D. V. UNITED STATES

23-7425      BELL, ORLANDO V. UNITED STATES

23-7431      LANS, AVERY V. UNITED STATES

23-7432      JOHNSON, TORRIEO M. V. UNITED STATES

23-7433      KACHINA, GARY A. V. UNITED STATES

23-7438      GONZALES, ANTHONY E. V. UNITED STATES

23-7439      LOUD HAWK, BASIL V. UNITED STATES

4

23-7440       PUZEY, MICHAEL P. V. UNITED STATES

23-7445       KIDD, LLOYD V. UNITED STATES

23-7449       VANDYKE, JACOB V. UNITED STATES

23-7451       GALVAN, HECTOR P. V. UNITED STATES

23-7456       ROMERO-LOBATO, ERIC V. UNITED STATES

23-7461       FOX, SHANE A. V. UNITED STATES

23-7462       DAVIS, MICHAEL V. UNITED STATES

23-7464       GRADY, MICHAEL V. UNITED STATES

23-7471       BERKLIN, SHAUNTAVUS V. UNITED STATES

23-7477       PATTERSON, JOSEPH I. V. UNITED STATES

23-7480       KUMAR, SANJAY V. UNITED STATES

23-7481       WILEY, MAURICE O. V. UNITED STATES

23-7485       CHUNN, WILLIAM G. V. UNITED STATES

23-7486       VAZQUEZ, EDGAR V. UNITED STATES

          The petitions for writs of certiorari are denied.

23-6384       WESLEY, MONTERIAL V. UNITED STATES

          The petition for a writ of certiorari is denied.  Justice

Gorsuch took no part in the consideration or decision of this

petition.

23-7279       WALLACE, CHARLES K. V. LOUISIANA

          The motion of petitioner for leave to proceed *in forma*

*pauperis* is denied, and the petition for a writ of certiorari is

dismissed.  See Rule 39.8.  As the petitioner has repeatedly

abused this Court's process, the Clerk is directed not to accept

any further petitions in noncriminal matters from petitioner

unless the docketing fee required by Rule 38(a) is paid and the

petition is submitted in compliance with Rule 33.1.  See *Martin*

v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

23-7403     CAMPBELL, ALEX A. V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Barrett took no part in the consideration or decision of this petition.

23-7441     KAETZ, WILLIAM F. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

23-7455     HAMMONS, BRITT J. V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

### HABEAS CORPUS DENIED

23-7496     IN RE OLAMIDE O. BELLO

23-7497     IN RE OLAMIDE O. BELLO

The petitions for writs of habeas corpus are denied.

23-7489     IN RE TONYA KNOWLES

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus is dismissed.  See Rule 39.8.  As the petitioner has repeatedly

abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).  The Chief Justice took no part in the consideration or decision of this motion and this petition.

**MANDAMUS DENIED**

23-1185    IN RE W. A. GRIFFIN

23-7183    IN RE JOSHUA G. NOWLAND

23-7192    IN RE LIONEL DAVIS

The petitions for writs of mandamus are denied.

23-7240    IN RE PATRICK CHRISTIAN

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus is dismissed.  See Rule 39.8.

**REHEARINGS DENIED**

22-617     BYSTRON, FRANCISZEK K. V. GARLAND, ATT'Y GEN.

23-837     CAMPBELL, CASEY V. GARLAND, ATT'Y GEN., ET AL.

23-858     STEWART, MERRILEE V. SENTINEL INS. CO. LTD., ET AL.

23-1106    AKERMAN, MARTIN V. UNITED STATES

23-6290    IN RE PIETRO P. A. SGROMO

23-6291    SGROMO, PIETRO P. A. V. SCOTT, LEONARD G., ET AL.

23-6356    SHARIFI, MOHAMMAD V. ALABAMA

23-6559    JOHNSON, MARCUS V. IRWIN, SUPT., FOREST, ET AL.

23-6570    HERNANDEZ, BRYAN P. V. INSLEE, GOV. OF WA

23-6682    KELLEY, KARYN M. V. KELLEY, KEVIN M.

23-6782    R. R. V. WV DEPT. OF HEALTH, ET AL.

23-6824     LYNCH, JEREMIAH J. V. UNITED STATES

23-6893     RUBINI, JACOB A. V. ILLINOIS

23-7072     AKERMAN, MARTIN V. AUSTIN, SEC. OF DEFENSE, ET AL.

The petitions for rehearing are denied.

8