**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiffs, <br> v. <br> BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, AND ROBERT RISINGER, <br> Defendants. | Civil Action No.: 3:23-cv-00915-SVN |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Caitlin M. Moyna, hereby declare that the following is true and correct:

1.      I am a Principal at Grant & Eisenhofer and am duly admitted to practice before this Court and in the State of New York.  I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition To Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of the Verbatim Report of the Proceedings Before the Honorable Sarala Nagala, dated June 24, 2024.

3.      Attached as Exhibit B is a true and correct copy of BioXcel's Form 8-K filed with the SEC on June 29, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 11, 2024

/s/    *Caitlin M. Moyna*
Caitlin M. Moyna