**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER<br><br>Defendants. | Case No. 3:23-cv-00915-SVN<br><br>November 1, 2024 |

**DECLARATION OF SARAH A. TOMKOWIAK IN SUPPORT OF DEFENDANTS'
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO
DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR
<u>VIOLATIONS OF FEDERAL SECURITIES LAWS</u>**

I, Sarah A. Tomkowiak, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Latham & Watkins LLP, located at 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004, counsel for Defendants, BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger (collectively "Defendants") in the above-captioned case. I am licensed to practice law in Illinois and Washington, D.C. I have personal knowledge of the facts set forth below, and if called upon, can and will testify competently thereto.

2.      I submit this declaration in connection with and in support of Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Second Amended Class Action Complaint for Violations of Federal Securities Laws.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts of BioXcel Therapeutics, Inc.'s Form 10-K for the year ended December 31, 2023. Defendants contend the Court may consider Exhibit A because it is incorporated by reference in the Second Amended Complaint ("Complaint") at ¶ 179. *See* Mot. at 3 n.3. It is also an SEC filing, of which Defendants contend the Court may take judicial notice. *See id*.

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts of BioXcel Therapeutics, Inc.'s Form 10-K for the year ended December 31, 2021. Defendants contend the Court may consider Exhibit B because it is an SEC filing, of which Defendants contend the Court may take judicial notice. *See id*.

5.      Attached hereto as Exhibit C is a true and correct copy of a press release, dated May 9, 2022, and publicly filed with the SEC on the same date as Exhibit 99.1 to BioXcel Therapeutics, Inc.'s Form 8-K. Defendants contend the Court may consider Exhibit C because it is an SEC filing, of which Defendants contend the Court may take judicial notice. *See id*.

1

6.    Attached hereto as Exhibit D is a true and correct copy of a press release, dated March 9, 2023, and publicly filed with the SEC on the same date as Exhibit 99.1 to BioXcel Therapeutics, Inc.'s Form 8-K.  Defendants contend the Court may consider Exhibit D because it is an SEC filing, of which Defendants contend the Court may take judicial notice.  *See id*.

7.    Attached hereto as Exhibit E is a true and correct copy of a press release, dated May 8, 2023, and publicly filed with the SEC on the same date as Exhibit 99.1 to BioXcel Therapeutics, Inc.'s Form 8-K.  Defendants contend the Court may consider Exhibit E because it is an SEC filing, of which Defendants contend the Court may take judicial notice.  *See id*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2024 in Washington, D.C.

_____
Sarah A. Tomkowiak