**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>    Defendants. | Civil Action No.: 3:23-cv-915-SVN |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System ("Plaintiffs") respectfully submit as supplemental authority the Opinion of the United States Supreme Court filed on November 22, 2024 in *Facebook, Inc., et al., v. Amalgamated Bank, et al.*, No. 23-980, 604 U.S. __ (2024). In this Opinion, the Court dismissed the Writ of Certiorari as improvidently granted. A copy of the slip opinion is attached as Exhibit A.

In Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Class Action Complaint ("Mot.") (ECF No. 134), Defendants state that "[t]he question as to whether risk disclosures made pursuant to Item 105 of SEC Regulation S-K… can be false or misleading when they do not disclose that the warned-of risk has materialized in the past is currently before the United States Supreme Court." Mot. at 22-23 n.10; *see also* Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Second Amended Class Action (ECF No. 137) at 5 n.7 ("As Defendants noted and Plaintiffs ignore, this issue (on

which there is a circuit split) is presently before the Supreme Court, with oral argument scheduled for November 6, 2024").  As a result of the Supreme Court's dismissal, the Ninth Circuit's opinion is final, *see In re Facebook, Inc. Sec. Litig.*, 87 F.4th 934 (9th Cir. 2023), and Defendants' footnotes are moot.

Dated: November 22, 2024                    Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/  Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*Counsel for Oklahoma Law Enforcement
Retirement System and Co-Lead Counsel for the
Class*

**LEVI & KORSINSKY, LLP**

Adam M. Apton (*pro hac vice*)
Devyn R. Glass (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
Email: dglass@zlk.com

*Counsel for Tonya Hills and Co-Lead
Counsel for the Class*

2