**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br>          Plaintiffs,<br><br>    v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>          Defendants. | Civil Action No.: 3:23-cv-00915-SVN<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure Co-Lead Plaintiffs Tonya Hills and Oklahoma Enforcement Retirement System ("Plaintiffs"), by and through their undersigned counsel, respectfully move for leave to amend the pleadings to include new, material allegations obtained from confidential witnesses confirming that Defendants engaged in deliberate illegal conduct with respect to patient enrollment for the TRANQUILITY II trial, and for other and further relief as the Court deems just and proper. In support, Plaintiffs submit their [Proposed] Third Amended Complaint for Violations of the Federal Securities Laws, ("PTAC") (attached as Exhibit 1 to the Declaration of Adam M. Apton in Support of Plaintiffs' Motion for Leave to Amend). For the convenience of the Court, Plaintiffs have attached as Exhibits 2 and 3 to the Apton Declaration redline comparisons of the PTAC to the Second Amended Complaint for Violations of the Federal Securities Laws and First Amended Complaint for Violations of the Federal Securities Laws, respectively.

//

Dated: February 24, 2025

Respectfully submitted,

LEVI & KORSINSKY, LLP

  s/ Adam M. Apton
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

   -and-

Caitlin M. Moyna (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
GRANT & EISENHOFER P.A
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com
Email: aforgione@gelaw.com

*Co-Lead Counsel for Plaintiffs and the Class*