**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>Defendants. | Civil Action No.: 3:23-cv-00915-SVN |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Adam M. Apton, hereby declare as follows:

1.     I am a partner at Levi & Korsinsky, LLP, counsel for Co-Lead Plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System (collectively, "Plaintiffs") and Co-Lead Counsel for the Class. I submit this Declaration in support of Plaintiffs' Motion for Leave to Amend Complaint.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the [Proposed] Third Amended Complaint for Violations of the Federal Securities Laws ("PTAC")

3.     Attached hereto as Exhibit 2 is a true and correct copy of a redline comparison of the PTAC to the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 130).

4.     Attached hereto as Exhibit 3 is a true and correct copy of a redline comparison of the PTAC to the First Amended Complaint for Violations of the Federal Securities Laws (ECF No. 90).

1

2

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: February 24, 2025                                    */s/ Adam M. Apton*
                                                            Adam M. Apton