# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768<br>ORABIMOE.Correspondence@fda.hhs.gov | 12/5/2022-12/21/2022*<br><br>FEI NUMBER<br>3024668889 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

Caitlin C. Meyer, Clinical Investigator

| FIRM NAME | STREET ADDRESS |
|---|---|
| Caitlin C. Meyer, M.D. | 1065 Ne 125th St, Suite 221 |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| North Miami, FL 33161-5821 | Clinical Investigator |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

**DURING AN INSPECTION OF YOUR FIRM I OBSERVED:**

This inspection covered Protocol (b) (4)

"

**OBSERVATION 1**

The IRB did not approve a written summary of what was to be said to the subject or the subject's legally authorized representative, in a situation where a short form written consent document was prepared.

Specifically,
Four out of 37 subjects reviewed were initially consented using a Spanish short form that was not approved by the IRB. Furthermore, the short form used did not contain information describing the basic elements of informed consent to include risks and study procedures. The subjects who were initially consented using the unapproved Spanish short from were:

| Subject # | Date of Screening Visit | Date of Randomization Visit/Initial Dose of Investigational Product |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | | N/A |
| (b) (6), (b) (7)(C) | | (b) (6), (b) (7)(C) |

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Richard A Lyght, Investigator | X  Richard A Lyght<br>Investigator<br>Signed By  Richard A. Lyght -S<br>Date Signed  12-21-2022<br>01 37 52 | 12/21/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 1 of 4 PAGES |
|---|---|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**FOOD AND DRUG ADMINISTRATION**

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768<br>ORABIMOE.Correspondence@fda.hhs.gov | 12/5/2022-12/21/2022*<br><br>FEI NUMBER<br>3024668889 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Caitlin C. Meyer, Clinical Investigator |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Caitlin C. Meyer, M.D. | 1065 Ne 125th St, Suite 221 |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| North Miami, FL 33161-5821 | Clinical Investigator |

## OBSERVATION 2

Failure to prepare or maintain adequate case histories with respect to observations and data pertinent to the investigation.

Specifically,
25 out of 37 subjects reviewed and were randomized into the study and received investigational product did not have sufficient documentation to show they met all inclusion/exclusion criteria. Three of these subjects' files contained documentation they potentially met exclusion criteria of having memory impairment or worsening of cognitive function unrelated to probable Alzheimer's Disease.

The table below shows subjects who did not have sufficient documentation to support randomization into the study:

| Subject # | Date of Randomization Visit/Initial Dose of Investigational Product |
|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |
| (b) (6), (b) (7)(C) | |

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Richard A Lyght, Investigator | X  Richard A Lyght<br>Investigator<br>Signed By Richard A. Lyght -S<br>Date Signed 12-21-2022<br>01 37 52 | 12/21/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 2 of 4 PAGES |
|---|---|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768<br>ORABIMOE.Correspondence@fda.hhs.gov | 12/5/2022-12/21/2022*<br><br>FEI NUMBER<br>3024668889 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Caitlin C. Meyer, Clinical Investigator |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Caitlin C. Meyer, M.D. | 1065 Ne 125th St, Suite 221 |

| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
|---|---|
| North Miami, FL 33161-5821 | Clinical Investigator |

(b) (6), (b) (7)(C)

$Medical Records state subject had (b) (6), (b) (7)(C), (b) (4), a potential exclusion criterion.

%Medical Records state subject had (b) (4), (b) (6), (b) (7)(C), a potential exclusion criterion.

Furthermore, there was no documentation to show the screening laboratory results for Subject (b) (6), (b) (7)(C) were reviewed to assess whether the subject met inclusion/exclusion criteria.

**OBSERVATION 3**

| SEE REVERSE OF THIS PAGE | EMPLOYEE(S) SIGNATURE<br>Richard A Lyght, Investigator | Richard A Lyght<br>Investigator<br>Signed By  Richard A. Lyght -S<br>Date Signed  12-21-2022<br>X  01 37 52 | DATE ISSUED<br>12/21/2022 |
|---|---|---|---|

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 of 4 PAGES |
|---|---|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**FOOD AND DRUG ADMINISTRATION**

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768<br>ORABIMOE.Correspondence@fda.hhs.gov | 12/5/2022-12/21/2022*<br>**FEI NUMBER**<br>3024668889 |

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**
Caitlin C. Meyer, Clinical Investigator

| FIRM NAME | STREET ADDRESS |
|---|---|
| Caitlin C. Meyer, M.D. | 1065 Ne 125th St, Suite 221 |
| **CITY, STATE, ZIP CODE, COUNTRY**<br>North Miami, FL 33161-5821 | **TYPE ESTABLISHMENT INSPECTED**<br>Clinical Investigator |

An investigation was not conducted in accordance with the signed statement of investigator and investigational plan.

Specifically,
A. Four of the enrolled and randomized subjects, out of 37 subjects reviewed, were initially dosed with investigational product using a urinary drug screen (UDS) completed more than (b) (4) prior to dosing contrary to the protocol established schedule of events used to demonstrate subjects did not meet exclusion criteria. The table below lists the subjects who were randomized despite not having a current UDS:

| Subject # | Date Urinary Drug Screen Completed | Date of Randomization Visit/Initial Dose of Investigational Product |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | Not completed at Screening Visit (b) (6), (b) (7)(C) or Unscheduled Visit (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |

B. Subject (b) (6), (b) (7)(C) experienced a Serious Adverse Event (SAE) on (b) (6), (b) (7)(C) which was not reported to the medical monitor or safety team until 11/16/22, outside of the required timeframe stated in the protocol.

**\*DATES OF INSPECTION**
12/05/2022(Mon), 12/06/2022(Tue), 12/07/2022(Wed), 12/08/2022(Thu), 12/09/2022(Fri), 12/12/2022(Mon), 12/14/2022(Wed), 12/21/2022(Wed)

| SEE REVERSE OF THIS PAGE | **EMPLOYEE(S) SIGNATURE**<br>Richard A Lyght, Investigator | X Richard A Lyght<br>Investigator<br>Signed By Richard A. Lyght -S<br>Date Signed 12-21-2022<br>01 37 52 | **DATE ISSUED**<br>12/21/2022 |
|---|---|---|---|

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 4 of 4 PAGES |
|---|---|---|---|

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or
2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgment, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."