**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>Defendants. | Case No. 3:23-cv-00915-SVN<br><br>March 17, 2025 |

**DECLARATION OF SARAH A. TOMKOWIAK IN OPPOSITION
TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Sarah A. Tomkowiak, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Latham & Watkins LLP, located at 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004, counsel for Defendants, BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger (collectively "Defendants") in the above-captioned case. I am licensed to practice law in Illinois and Washington, D.C. I have personal knowledge of the facts set forth below, and if called upon, can and will testify competently thereto.

2. I submit this declaration in connection with and in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend (cited herein as "Opp.").

3. Attached hereto as Exhibit 1 is a true and correct copy of the FDA Inspections Dashboard webpage for the FDA inspection resulting in the Form 483 issued to Caitlin C. Meyer on December 21, 2022 (FEI Number 3024668889), accessible at https://datadashboard.fda.gov/ora/cd/inspections.htm (last accessed March 17, 2025). Defendants contend the Court may take judicial notice of the fact contained in Exhibit 1 that the inspection was closed on August 1, 2024 with an inspection classification of "Voluntary Action Indicated." *See* Opp. at 9 n.6.

4. Attached hereto as Exhibit 2 is a true and correct copy of the FDA Inspection Classifications webpage, accessible at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-basics/inspection-classifications (last accessed March 17, 2025). Defendants contend the Court may take judicial notice of the fact contained in Exhibit 2 that FDA describes a "Voluntary Action Indicated" classification as meaning "objectionable conditions or practices were found, but the agency is not prepared to take or recommend any administrative or regulatory action." *See* Opp. at 9 n.6.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the FDA Inspections Database Frequently Asked Questions webpage, accessible at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspections-database-frequently-asked-questions (last accessed March 17, 2025).  Defendants contend the Court may take judicial notice of the fact contained in Exhibit 3 that FDA describes a "Voluntary Action Indicated" classification as indicating "the inspection found objectionable conditions or practices but the agency has determined the facility can voluntarily correct its deficiencies and will not recommend any action."  *See* Opp. at 9 n.6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2025 in Washington, D.C.

Sarah A. Tomkowiak