# EXHIBIT 1

**FDA**

(../index.htm)

Data Dashboard Home(../index.htm)

Compliance Dashboards(index.htm)                                                              ›

FSMA Data Search(../fd/index.htm)                                                            ›

Resources                                                                                    ›

‹ back to **Compliance Dashboards**(index.htm)

# Inspections

***NEW!***

- Dashboard has been integrated with the ORA Unified Logon(https://www.accessdata.fda.gov/scripts/oul/index.cfm?action=portal.login) application. To obtain the credentials necessary to use the API, please submit authorization key requests using the online ORA Unified Logon (https://www.accessdata.fda.gov/scripts/oul/index.cfm?action=portal.login) application.
- Published 483s data is now available on the Inspections Dashboard(https://datadashboard.fda.gov/ora/cd/inspections.htm) and Firm Profiles.

## Caveats:

- Certain information in these datasets may not be presented or may have changed since the posting. The datasets are updated weekly and only include final actions. If you need to present more recent or more complete data for official purposes or have questions about obtaining other data, please contact the Division of Freedom of Information(https://www.fda.gov/regulatory-information/freedom-information) about what materials may be available in electronic reading rooms or inquire about other datasets that would satisfy your needs.
  - **+ Show more**

    **Important Notes:**

    - Not all inspections are included in the database. Inspections conducted by States, pre-approval inspections, mammography facility inspections, inspections waiting for a final enforcement action, and inspections of nonclinical labs are not included. Inspections of nonclinical labs are available at Nonclinical Laboratories Inspected under Good Laboratory Practices (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/nonclinical-laboratories-inspected-under-good-laboratory-practices) .

    - The results show final classifications of No Action Indicated (NAI), Voluntary Action Indicated (VAI), Official Action Indicated (OAI) (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspections-database-frequently-asked-questions#classification) for each project area (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspection-project-area-listings) within an inspection.

---

| ▼ Filters |
|---|

| 🔍 Search inspections, citations and published 483s data |
|---|

| **FEI Number** 3024668889  ✖ |  | Clear All |
|---|---|---|



Export

**Foreign and Domestic Inspections**

Fiscal Years: 2023 - 2023

Inspections Region

◆ Domestic



LᵢF Fiscal Year ▶ Fiscal Month, Inspections Region

Export

## Inspections Classification by Fiscal Year
### Fiscal Years: 2023 - 2023



LᵢF Fiscal Year ▶ Fiscal Month, Classification

Export

## Inspections Classification by Product Type
### Fiscal Years: 2023 - 2023



Product Type, Classification

Export

**Top 10 Citations**

Fiscal Years: 2023 - 2023



Bioresearch Monitoring-21 CFR 5...    33.3%

Bioresearch Monitoring-21 CFR 3...    33.3%

33.3%

Bioresearch Monitoring-21 CFR 312.60-FD-1572, pr...

**Domestic Inspections**

Total: 1

*Points on the map represent the approximate location for the zip code associated with the firm(s) and not the actual location of the firm(s).*
*Point map view is only available with selection of a single state.*

**Number of Inspections**

■ 0    ■ 0-0    ■ 0-0    ■ 0-0    ■ 0-0    ■ >0

**Inspections Details** ❓ Help

Record Count: 1

Select Inspection ID(s) to view corresponding Inspections Citations.

⬇ **Download Inspections Dataset**

| FEI Number | 🔍 | Legal Name | 🔍 | C... | 🔍 | S... | 🔍 | Zip | 🔍 | C... | 🔍 | Fi... Y... | 🔍 | Inspection ID | 🔍 | Posted Citations | 🔍 | Inspection End Date ▼ | 🔍 | Classification | 🔍 | Proje Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3024668889 | | Caitlin C. Meyer, M.D. | | North Miami | | Florida | | 33161 | | United States | | 2023 | | 1193411 | | Yes | | 12/21/2022 | | Voluntary Action Indicated (VAI) | | Biore Moni |

**Inspections Citations Details**

Record Count: 3

CFR Reference(https://www.ecfr.gov/cgi-bin/text-idx?SID=cf4df642632d2b8a26faaa940e4a128c&mc=true&tpl=/ecfrbrowse/Title21/21tab_02.tpl) | FDCA Reference(http://uscode.h

⬇ **Download Citations Dataset**

Citations data include Form FDA 483 citations and may not necessarily represent citations on final classification letters.

| Inspection ID | 🔍 | FEI Number | 🔍 | Legal Name | 🔍 | Inspection End Date ▼ | 🔍 | Program Area | 🔍 | Act/CFR Number | 🔍 | Short Descr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1193411 | | 3024668889 | | Caitlin C. Meyer, M.D. | | 12/21/2022 | | Bioresearch Monitoring | | 21 CFR 50.27(b)(2) | | Short form: |
| 1193411 | | 3024668889 | | Caitlin C. Meyer, M.D. | | 12/21/2022 | | Bioresearch Monitoring | | 21 CFR 312.60 | | FD-1572, p |
| 1193411 | | 3024668889 | | Caitlin C. Meyer, M.D. | | 12/21/2022 | | Bioresearch Monitoring | | 21 CFR 312.62(b) | | Case history |

**Published 483s**

Record Count: 0

Published 483s are available in the FDA Reading Rooms at CDER FOIA Electronic Reading Room (https://www.fda.gov/drugs/cder-foia-electronic-reading-room/frequently-requested-or-proactively-posted-compliance-records) and ORA FOIA Electronic Reading Room (https://www.fda.gov/about-fda/office-regulatory-affairs/ora-foia-electronic-reading-room).

⬇ **Download Published 483s Dataset**

No Data found for Selected Firm

## Contact

Questions and comments pertaining to the FDA Data Dashboard and source data may be directed by email to: **FDADataDashboard@fda.hhs.gov** (mailto:FDADataDashboard@fda.hhs.gov)

**Dashboard Home**(../index.htm)

**Compliance Dashboards**(index.htm)

Inspections(inspections.htm)

Compliance Actions(complianceactions.htm)

Recalls(recalls.htm)

Imports Summary(impsummary.htm)

Import Refusals(imprefusals.htm)

Imports Entry(impentry.htm)

**FSMA Data Search**(../fd/index.htm)

Firm/Supplier Evaluation Resources(../fd/fser.htm)

LAAF Participants(../fd/laaf.htm)

TPP Participants(../fd/tpp.htm)

Approved VQIP Importers(../fd/vqip.htm)

**Resources**

How to Use the Dashboard(../howto.htm)

Glossary(../glossary.htm)

API(../api/index.htm)

Notifications(../notifications.htm)

Contact Us(../contact.htm)

Language Assistance Available: Español(https://www.fda.gov/about-fda/about-website/language-assistance-services#spanish) | 繁體中文(https://www.fda.gov/about-fda/about-website/language-assistance-services#chinese) | Tiếng Việt(https://www.fda.gov/about-fda/about-website/language-assistance-services#vietnamese) | 한국어(https://www.fda.gov/about-fda/about-website/language-assistance-services#korean) | Tagalog(https://www.fda.gov/about-fda/about-website/language-assistance-services#tagalog) | Русский(https://www.fda.gov/about-fda/about-website/language-assistance-services#russian) | العربية(https://www.fda.gov/about-fda/about-website/language-assistance-services#arabic) | Kreyòl Ayisyen(https://www.fda.gov/about-fda/about-website/language-assistance-services#creole) | Français(https://www.fda.gov/about-fda/about-website/language-assistance-services#french) | Polski(https://www.fda.gov/about-fda/about-website/language-assistance-services#polish) | Português(https://www.fda.gov/about-fda/about-website/language-assistance-services#portuguese) | Italiano(https://www.fda.gov/about-fda/about-website/language-assistance-services#italian) | Deutsch(https://www.fda.gov/about-fda/about-website/language-assistance-services#german) | 日本語(https://www.fda.gov/about-fda/about-website/language-assistance-services#japanese) | فارسی(https://www.fda.gov/about-fda/about-website/language-assistance-services#farsi) | English(https://www.fda.gov/about-fda/about-website/language-assistance-services#english)

Accessibility(https://www.fda.gov/about-fda/about-website/internet-accessibility)
About FDA(https://www.fda.gov/about-fda)
FOIA(https://www.fda.gov/regulatory-information/freedom-information)

No FEAR Act(https://www.fda.gov/about-fda/jobs-and-training-fda/no-fear-act)
Website Policies(https://www.fda.gov/about-fda/about-website/website-policies)
Vulnerability Disclosure Policy(https://www.hhs.gov/vulnerability-disclosure-policy/index.html)