**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, and RICHARD STEINHART,<br><br>Defendants. | Civil Action No.: 3:23-cv-00915-SVN<br><br>CLASS ACTION |

**JOINT MOTION FOR STAY OF ACTION**
**PENDING RESOLUTION OF PRIVATE MEDIATION**

Co-Lead Plaintiffs Tonya Hills ("Hills") and Oklahoma Law Enforcement Retirement System ("OLERS") (collectively, "Co-Lead Plaintiffs") and Defendants BioXcel Therapeutics, Inc., ("BioXcel"), Vimal Mehta ("Mehta") and Richard Steinhart ("Steinhart") (collectively, "Defendants" and together with Co-Lead Plaintiffs, the "Parties") respectfully request a temporary stay of the action pending the outcome of a private mediation session scheduled for May 12, 2025. In support of this motion, the Parties state as follows:

1. On July 7, 2023, Plaintiff Katelyn Martin filed a putative class-action complaint asserting that Defendants defrauded investors in violation of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§78j(b) and 78t(a)), and U.S. Securities and Exchange Commission Rule 10b-5, promulgated thereunder (17 C.F.R. §240.10b-5) (ECF No. 1).

1

2.      On October 4, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, the Court appointed Hills and OLERS as Co-Lead Plaintiffs (ECF No. 79).

3.      On December 5, 2023, Co-Lead Plaintiffs filed the First Amended Complaint (ECF No. 90), which Defendants moved to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 106).

4.      On July 11, 2024, the Court granted Defendants' motion to dismiss with leave to amend (ECF No. 128).

5.      On August 1, 2024, Co-Lead Plaintiffs filed the Second Amended Complaint (ECF No. 130).

6.      On September 6, 2024, Defendants moved to dismiss the Second Amended Complaint (ECF No. 134).

7.      On February 24, 2025, Co-Lead Plaintiffs moved for leave to file an amended complaint, *i.e.*, the Third Amended Complaint (ECF No. 141).

8.      Presently, Defendants' motion to dismiss Co-Lead Plaintiffs' Second Amended Complaint and Co-Lead Plaintiffs' motion for leave to amend are fully briefed and *sub judice*.

9.      The Parties have agreed to try and resolve this action through private mediation. The Parties have also agreed that negotiations may be more likely to succeed if the Court were to hold the pending motions in abeyance until after the mediation concludes.

10.     Subject to the Court's approval, the Parties will submit a joint status report on May 23, 2025 (approximately ten days after the scheduled mediation) advising the Court as to the status of the mediation. If unsuccessful, the Parties would request that the stay be lifted and the pending motions decided in due course or, alternatively, the Parties would report that a tentative settlement

has been reached and request a period of time within which the settlement documents can be finalized and Co-Lead Plaintiffs can move for preliminary approval of the settlement pursuant to Federal Rule of Civil Procedure 23(e).

11.     The Parties respectfully request that the Court grant this Joint Motion and enter an Order staying the action pending the outcome of the scheduled private mediation session and the submission of the Parties' joint status report.

Dated: April 8, 2025                                      Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

-and-

Caitlin M. Moyna (*pro hac vice*)
GRANT & EISENHOFER P.A
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com

*Counsel for Co-Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

3

**LATHAM & WATKINS LLP**

/s/  Kegan A. Brown
Kegan A. Brown
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: kegan.brown@lw.com

Colleen C. Smith (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523- 5400
Fax: (858) 523-5450
Email: colleen.smith@lw.com

Michele D. Johnson (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

Meryn C. N. Grant (*pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763
Email: meryn.grant@lw.com

*Attorneys for Defendants*

## CERTIFICATION

Pursuant to Section XI of the Court's Electronic Filing Policies and Procedures, I hereby certify that the above attorneys have consented to the electronic signing of their names on this document. Executed this 8th day of April 2025.

/s/  Adam M. Apton
Adam M. Apton

4