**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>Defendants. | Case No. 3:23-cv-00915-SVN<br><br>CLASS ACTION |

**JOINT MOTION TO LIFT STAY**

Defendants BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger ("Defendants") and Co-Lead Plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System ("Co-Lead Plaintiffs," and together with Defendants, the "Parties") respectfully request that this Court lift the stay entered in the above-captioned action on April 9, 2025, following an unsuccessful private mediation session on May 12, 2025. In support of this Joint Motion, the Parties state as follows:

1.    On August 1, 2024, Co-Lead Plaintiffs filed the Second Amended Complaint (ECF No. 130).

2.    On September 6, 2024, Defendants moved to dismiss the Second Amended Complaint (ECF No. 134).

3.    On February 24, 2025, Co-Lead Plaintiffs moved for leave to file an amended complaint (ECF No. 141).

4.      Presently, Defendants' motion to dismiss Co-Lead Plaintiffs' Second Amended Complaint and Co-Lead Plaintiffs' motion for leave to amend are fully briefed.

5.      On April 8, 2025, the Parties filed a Joint Motion for Stay of Action Pending Resolution of Private Mediation (ECF No. 145).

6.      On April 9, 2025, this Court granted the Parties' joint motion (ECF No. 146).  In doing so, the Court instructed the Parties to file by May 23, 2025, "either (a) a motion to continue the stay, if they report that a tentative settlement has been reached or that further settlement discussions would be productive, or (b) a motion to lift the stay, if they report that further settlement discussions would not be productive." *Id.*

7.      On May 12, 2025, the Parties held a private mediation.  At that mediation, the Parties were unable to reach a tentative settlement agreement.

8.      At this time, the Parties believe that further settlement discussions would not be productive.

WHEREFORE, the Parties respectfully request that the Court lift the stay entered in the above-captioned action on April 9, 2025, and proceed with consideration of the motions *sub judice*.

Dated:   May 23, 2025                                Respectfully submitted,

**LATHAM & WATKINS LLP**

By:     /s/ *Colleen C. Smith*
          Colleen C. Smith (*pro hac vice*)
          12670 High Bluff Drive
          San Diego, CA 92130
          Tel: (858) 523-5400
          Fax: (858) 523-5450
          Email: colleen.smith@lw.com

          Jessica Bengels [ct29396]
          1271 Avenue of the Americas
          New York, NY 10020
          Tel: (212) 906-1200

2

Fax: (212) 751-4864
Email: jessica.bengels@lw.com

Michele D. Johnson (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: sarah.tomkowiak@lw.com

Meryn C. N. Grant (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763
Email: meryn.grant@lw.com

*Attorneys for Defendants*

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com

*Counsel for Co-Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

## CERTIFICATION

Pursuant to Section XI of the Court's Electronic Filing Policies and Procedures, I hereby certify that the above attorneys have consented to the electronic signing of their names on this document. Executed this 23rd day of May 2025.

/s/ Colleen C. Smith
Colleen C. Smith

4