**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated<br><br>     Plaintiffs,<br><br>   v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER<br><br>     Defendants. | Case No. 3:23-cv-00915-SVN<br><br><br>July 24, 2025 |

**NOTICE OF WITHDRAWN OPINION AND ORDER**
**PLAINTIFFS PREVIOUSLY SUBMITTED AS SUPPLEMENTAL AUTHORITY**

Defendants BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger ("Defendants") respectfully submit this notice to apprise the Court of the withdrawal of an opinion and order Plaintiffs recently submitted as supplemental authority in opposition to Defendants' motion to dismiss (ECF No. 152).

On July 8, 2025, Plaintiffs submitted a notice of supplemental authority drawing this Court's attention to an opinion and order from *Levon v. CorMedix Inc.*, No. CV 21-14020 (D.N.J. June 30, 2025). *See* ECF No. 152. On July 18, 2025, Defendants responded to Plaintiffs' Notice. *See* ECF No. 153. On July 23, 2025 the *CorMedix* Court entered a docket order informing the parties that the "Opinion and Order were entered in error" and removing it from the docket. *See* Text Order, *Levon v. CorMedix Inc.*, Dkt. 126. Defendants accordingly request that the Court

1

decline to consider the *CorMedix* decision in connection with Plaintiffs' opposition to Defendants'

motion to dismiss.


Dated:  July 24, 2025                              Respectfully submitted,
        San Diego, California
                                                   LATHAM & WATKINS LLP

                                            By:    /s/ *Colleen C. Smith*
                                                   Colleen C. Smith (*pro hac vice*)
                                                   12670 High Bluff Drive
                                                   San Diego, CA 92130
                                                   Tel: (858) 523-5400
                                                   Email: colleen.smith@lw.com

                                                   Jessica Bengels [ct29396]
                                                   1271 Avenue of the Americas
                                                   New York, NY 10020
                                                   Tel: (212) 906-1200
                                                   Email: jessica.bengels@lw.com

                                                   Michele D. Johnson (*pro hac vice*)
                                                   650 Town Center Drive, 20th Floor
                                                   Costa Mesa, CA 92626
                                                   Tel: (714) 540-1235
                                                   Email: michele.johnson@lw.com

                                                   Sarah Tomkowiak (*pro hac vice*)
                                                   555 Eleventh Street, NW
                                                   Suite 1000
                                                   Washington, D.C. 20004
                                                   Tel: (202) 637-2200

                                                   Meryn C. N. Grant (*pro hac vice*)
                                                   355 South Grand Avenue
                                                   Los Angeles, CA 90071
                                                   Tel: (213) 485-1234
                                                   Email: meryn.grant@lw.com

                                                   *Attorneys for Defendants*

2