**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>               Defendants. | Civil Action No.: 3:23-cv-915-SVN |

**PLAINTIFFS' WITHDRAWAL OF SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs Tonya Hills and Oklahoma Law Enforcement Retirement System ("Plaintiffs") respectfully write to advise the Court that Judge Neals issued a text order yesterday removing the decision in *Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW) (D.N.J. June 30, 2025), because it was "entered in error" and advising that it would be replaced. On July 8, 2025, Plaintiffs submitted that decision as supplemental authority in opposition to the pending motion to dismiss. Dkt. No. 152 (the "Notice"). To the extent Judge Neals replaces the decision while Defendants' motion to dismiss remains pending, Plaintiffs will resubmit it as supplemental authority if appropriate. In the interim, Plaintiffs respectfully withdraw their previously filed Notice.

1

Dated: July 24, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/  Adam M. Apton*

Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Tonya Hills and Co-Lead
Counsel for the Class*

**GRANT & EISENHOFER P.A.**
Caitlin M. Moyna (*pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com

*Counsel for Oklahoma Law Enforcement
Retirement System and Co-Lead Counsel for the
Class*