**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER, <br><br> Defendants. | Case No. 3:23-cv-00915-SVN <br><br> October 6, 2025 |

**<u>DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION</u>**

Pursuant to Rule 7(c)1 of the United States District Court for the District of Connecticut Local Rules of Civil Procedure, Defendants BioXcel Therapeutics, Inc., Vimal Mehta, Richard Steinhart, and Robert Risinger (collectively, "Defendants"), by and through their undersigned counsel, respectfully request partial reconsideration of the Court's Order dated September 29, 2025 (ECF No. 163) granting in part and denying in part Plaintiffs' motion for leave to file the Third Amended Complaint, and for other and further relief as the Court deems just and proper. In support, Defendants submit the accompanying Memorandum of Law dated October 6, 2025.

1

Dated:  October 6, 2025
Washington, D.C.

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ *Sarah Tomkowiak*
      Sarah Tomkowiak (*pro hac vice*)
      555 Eleventh Street, NW
      Suite 1000
      Washington, D.C. 20004
      Tel: (202) 637-2200
      Fax: (202) 637-2201
      Email: sarah.tomkowiak@lw.com

      Colleen C. Smith (*pro hac vice*)
      12670 High Bluff Drive
      San Diego, CA 92130
      Tel: (858) 523-5400
      Fax: (858) 523-5450
      Email: colleen.smith@lw.com

      Jessica Bengels [ct29396]
      1271 Avenue of the Americas
      New York, NY 10020
      Tel: (212) 906-1200
      Fax: (212) 751-4864
      Email: jessica.bengels@lw.com

      Michele D. Johnson (*pro hac vice*)
      650 Town Center Drive, 20th Floor
      Costa Mesa, CA 92626
      Tel: (714) 540-1235
      Fax: (714) 755-8290
      Email: michele.johnson@lw.com

      Meryn C. N. Grant (*pro hac vice*)
      355 South Grand Avenue
      Los Angeles, CA 90071
      Tel: (213) 485-1234
      Fax: (213) 891-8763
      Email: meryn.grant@lw.com

      *Attorneys for Defendants*

2