**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA HILLS and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOXCEL THERAPEUTICS, INC., VIMAL MEHTA, RICHARD STEINHART, and ROBERT RISINGER,<br><br>Defendants. | Civil Action No.: 3:23-cv-915-SVN-RAR<br><br>CLASS ACTION |

**JOINT MOTION TO VACATE DEADLINES PENDING SETTLEMENT**

Co-Lead Plaintiffs Tonya Hills ("Hills") and Oklahoma Law Enforcement Retirement System ("OLERS") (collectively, "Lead Plaintiffs"), together with Defendants BioXcel Therapeutics, Inc., Vimal Mehta, Robert Risinger, and Richard Steinhart ("Defendants"), by and through their undersigned attorneys, respectfully request that the Court vacate all pending case deadlines pending Lead Plaintiffs' forthcoming motion for preliminary approval of settlement. In support of this motion, the parties state as follows:

1.      On January 23, 2026, the Parties reached a tentative agreement to settle this action. The Parties reached this agreement after several weeks of negotiations facilitated by a mediator. These negotiations were a continuation of the negotiations that occurred following an in-person full-day mediation session in May 2025.

2.      Pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiffs will seek approval from the Court to notify class members of the settlement along with their rights and

options with respect to participation. Lead Plaintiffs will also request a date for a fairness hearing to determine if the settlement should be approved.

3.    The Parties respectfully request thirty (30) days to finalize their settlement paperwork and allow Lead Plaintiffs to prepare their motion for preliminary approval. The Parties further request that in the interim, all case deadlines be vacated.

Dated: January 27, 2026                    Respectfully submitted,


**LEVI & KORSINSKY, LLP**

*/s/  Adam M. Apton*
Adam M. Apton (*pro hac vice*)
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Tonya Hills and Co-Lead*
*Counsel for the Class*


-and-

Abe Alexander (*pro hac vice*)
Vincent Potrello (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com
Email: aforgione@gelaw.com

*Counsel for Oklahoma Law Enforcement*
*Retirement System and Co-Lead Counsel for the*
*Class*

2

Dated: January 27, 2026

**LATHAM & WATKINS LLP**

/s/ *Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: sarah.tomkowiak@lw.com

Colleen C. Smith (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523- 5400
Fax: (858) 523-5450
Email: colleen.smith@lw.com

Michele D. Johnson (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

Meryn C. N. Grant (*pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763
Email: meryn.grant@lw.com

*Counsel for Defendants*

## **CERTIFICATION**

Pursuant to Section XI of the Court's Electronic Filing Policies and Procedures, I hereby certify that the above attorneys have consented to the electronic signing of their names on this document. Executed this 27th day of January 2026.

/s/  *Adam M. Apton*
Adam M. Apton

3